JACK O'BOYLE & ASSOCIATES
P.O. Box 815369
Dallas, TX 75381
(972) 247-0653 - Fax (972)247-0642
Attorneys for CARVANA, LLC

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
|   JASON ALLAN MAKOUTZ § | CASE NO.: 18-41677 | |
|   KARI MARJORIE MAKOUTZ § | | |
|     DEBTOR, § | CHAPTER 13 | |
| _____ § | _____ | |
| § | | |
| CARVANA, LLC § | | |
|     MOVANT, § | PRELIMINARY HEARING: | |
| § | **DECEMBER 12, 2018 @ 9:30 A.M.** | |
| V. § | | |
| § | | |
| JASON ALLAN MAKOUTZ § | | |
| KARI MARJORIE MAKOUTZ § | | |
|     RESPONDENTS, § | | |

## NOTICE OF HEARING ON MOTION FOR RELIEF FROM STAY

PLEASE TAKE NOTICE that the Motion for Relief from Automatic Stay filed by CARVANA, LLC (hereinafter called "Movant"), and against JASON ALLAN MAKOUTZ AND KARI MARJORIE MAKOUTZ (hereinafter "Debtors") has been scheduled and will be heard on December 5, 2018 at 9:30 a.m. in the courtroom of the Honorable United States Bankruptcy Judge Mark X. Mullin in Room 128 located at U.S. Courthouse, 501 W. 10th Street, Ft Worth, Texas.

*Respectfully Submitted,*
JACK O'BOYLE & ASSOCIATES
/s/ Travis H Gray
Travis H Gray
TX Bar No.: 24044965
P.O. Box 815369
Dallas, Texas  75381
P: 972.247.0653 F: 972.247.0642
E: ecf@jackoboyle.com
ATTORNEYS FOR CARVANA, LLC

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing pleading has been sent to the persons listed below electronically or by first class mail on November 13, 2018.

| | | |
|---|---|---|
| JASON ALLAN MAKOUTZ<br>10325 Roatan Trail<br>FORT WORTH  TX  76244 | Tim Truman<br>6851 NE Loop 820, Ste. 300<br>Fort Worth  TX  76180<br>CHAPTER 13 TRUSTEE | U.S. Trustee<br>1100 Commerce Street,<br>Room 976<br>Dallas TX  75242 |
| Daniel S Wright<br>1521 North Cooper Street<br>Arlington  TX  76011 | KARI MARJORIE MAKOUTZ<br>10325 ROATAN TRAIL<br>FORT WORTH  TX  76244 | |

                                         /s/ Travis H Gray  
                                         Travis H Gray